IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER    17-MJ-7016 |
| | ) | |
| MICHAEL S. PUTMAN | ) | |
| | ) | Title 18, United States Code |
| | ) | Section 2113(a) |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Michael I. Lovell, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about February 10, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**MICHAEL S. PUTMAN,**

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of National Bank, a bank whose accounts of which are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

### AFFIDAVIT

Your affiant, Michael I. Lovell, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for nine and one-half years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has approximately

eight years prior law enforcement experience as a municipal Police Officer. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On February 10, 2017, at approximately 11:36 a.m., an adult white male wearing a light brown canvass jacket over a black hooded sweatshirt entered Regions Bank located at #1 Eastport Plaza, Collinsville, Illinois via the front customer entrance. The white male in the light brown canvass jacket immediately walked to the teller station and approached a Regions Bank teller whose initials are K. P. The white male in the light brown canvass jacket stated to K. P., "Gimme all the hundreds". The white male in the light brown canvass jacket then repeated his demand to K. P. and stated, "Gimme the hundreds". The white male in the light brown canvass jacket then reached over the counter into the open teller drawer and grabbed a stack of U.S. currency. The white male in the light brown canvass jacket then immediately turned and left the bank through the same customer entrance door he used coming into the bank. The white male in the light brown canvass jacket was observed by bank employees entering a red late model Kia Sportage Sports Utility Vehicle (SUV) parked in front of the bank. This vehicle was then observed leaving the bank parking lot in an unknown direction of travel. Regions Bank later determined that the white male in the light brown canvass jacket stole a total of $76.00 in U.S. Currency. All of the bills taken were determined to be $2.00 bills. Regions Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

2)      After the white male wearing the light brown canvass jacket was observed leaving the parking lot of the Regions Bank, bank employees notified the Collinsville Police Department of the robbery. An alert was disseminated on the Illinois State Police Emergency Radio Network (ISPERN) regarding the bank robbery with a description of the bank robber and the red Kia Sportage SUV used as the getaway vehicle.

3)      A approximately 11:47 a.m., at a BP station located near the intersection of Highway 203 and Interstate 55, deputies with the United States Marshal Service (USMS) observed a red Kia Sportage matching the description of the vehicle used in the Regions Bank robbery in Collinsville, Illinois which had occurred approximately 20 minutes prior. As the red Kia Sportage SUV began to exit the BP Station lot, USMS deputies attempted to initiate a traffic stop of the vehicle. The driver of the red Kia Sportage refused to stop and a vehicular pursuit ensued. The red Kia Sportage ultimately wrecked in East Saint Louis, Illinois near the entrance to the Eads Street Bridge.

4)      The occupants of the wrecked vehicle were identified as MICHAEL S. PUTMAN, the driver, and Darnell Murray, the passenger. PUTMAN and Murray both sustained injuries in the crash and were transported by ambulance to the Belleville Memorial Hospital emergency room for medical treatment. USMS deputies accompanied PUTMAN and Murray to the emergency room.

5)      USMS deputies observed several loose $2.00 bills in the red Kia Sportage at the scene of the crash. The vehicle was secured and towed to the Collinsville Police Department for processing by Illinois State Police Crime Scene Investigators. During processing, Illinois State Police Crime Scene Investigators recovered approximately $16.00 in $2.00 bills from the vehicle. Investigators also located a light brown canvass jacket in the vehicle with $2.00 bills in a pocket

of the jacket. A black hooded sweatshirt was also recovered from the vehicle during the search.

6) USMS deputies and responding law enforcement also learned that the wrecked red Kia Sportage, VIN#: KNDPB3AC0E7550462, had been reported stolen near St. Louis, Missouri at approximately 1:00 a.m. on February 10, 2017.

7) Your affiant and Collinsville Police Department Detective Jose Cerna responded to Belleville Memorial Hospital to interview PUTMAN and Murray. Upon arrival, your affiant consulted with attending physicians to determine if PUTMAN and Murray's injuries would preclude interview. The attending physicians advised your affiant that PUTMAN and Murray could be interviewed.

8) Your affiant and Detective Cerna conducted an audio/video recorded interview of MICHAEL S. PUTMAN, date of birth September 14, 19XX. Your affiant provided PUTMAN with his Miranda warning by reading a Federal Bureau of Investigation Advice of Rights form to PUTMAN. PUTMAN could not read the form due to not having his glasses, but acknowledged understanding his Miranda rights. PUTMAN's right wrist was fractured in the crash, so your affiant did not require PUTMAN to sign the Advice of Rights Form, however, PUTMAN's entire Miranda warning was audio/video recorded and witnessed by Detective Cerna.

9) During this initial interview, PUTMAN stated that he did not know why he had done, "what he did" but did not admit robbing the Regions Bank in Collinsville, Illinois. PUTMAN stated that Murray was not involved in anything illegal he had done. PUTMAN stated that he picked Murray up earlier in the day in East Saint Louis, Illinois after attempting to purchase crack cocaine from Murray. PUTMAN then stated that he was in pain and did not want to continue talking with your affiant and Detective Cerna. The initial interview of PUTMAN was then terminated.

10) Your affiant and Detective Cerna then conducted an audio/video recorded interview of Darnell Murray, date of birth November 21, 19XX. Your affiant provided Murray with his Miranda warning by reading a Federal Bureau of Investigation Advice of Rights form to Murray. Murray acknowledged understanding his Miranda rights. Murray sustained several fractured ribs in the crash and was lying flat on his back with his hands restrained above his head. In order to avoid causing Murray pain, your affiant did not require Murray to sign the Advice of Rights Form, however, Murray's entire Miranda Warning was audio/video recorded and witnessed by Detective Cerna.

11) Murray stated that he did not know PUTMAN and first met him earlier in the day while walking down 10th Street in East Saint Louis, Illinois. Murray stated PUTMAN, who was driving a red Kia Sportage, pulled over and asked Murray if he had any crack cocaine to sell. Murray told PUTMAN that he did not have any cocaine, but that he knew where the two of them could purchase crack cocaine. Murray and PUTMAN then travelled to a residence in East Saint Louis, Illinois and purchased a $10.00 "rock" of crack cocaine. PUTMAN and Murray smoked the crack cocaine.

12) Murray and PUTMAN decided to obtain more money to purchase crack cocaine. PUTMAN drove to Collinsville, Illinois and pulled up to a bank. PUTMAN parked behind the bank, exited the vehicle, and went into the bank. Murray stated that he did not know why PUTMAN went into the bank, but believed that he might be attempting to cash a check in order to get money for the two of them to purchase crack cocaine. After being gone for only one or two minutes, PUTMAN reentered the vehicle and told Murray that there were too many people in the bank. Murray did not know the name or exact location of this bank.

13) On February 10, 2017, your affiant first responded to US Bank in Collinsville,

Illinois in reference to a reported bank robbery. Upon arrival your affiant learned that a white male wearing a light brown canvass jacket, a black hooded sweatshirt with the hood up, and a white painter's mask entered the bank at approximately 11:25 a.m. Due to the man's suspicious appearance, the bank's assistant manager immediately engaged the white male in the light brown canvass jacket in conversation. The white male in the light brow canvass jacket did not demand any money, but quickly left the bank and was observed entering a red SUV parked behind the US Bank. Your affiant has observed surveillance photographs of the suspicious white male at the US Bank on February 10, 2017 and believes that person to be MICHAEL S. PUTMAN based on that portion of the man's face that it visible over the painter's mask, the identical nature of the clothing depicted in the surveillance photographs at this bank and at Regions Bank, the clothing located during a search of the stolen wrecked red Kia Sportage driven by PUTMAN, and the statements of PUTMAN and Murray.

14)   According to Murray, a few minutes after leaving the first bank, PUTMAN pulled into the front parking lot of another bank in Collinsville, Illinois. PUTMAN then entered this second bank. PUTMAN exited the bank after only a minute or two and hurriedly reentered the red Kia Sportage. Murray and PUTMAN then drove to a convenience store where PUTMAN bought gas, beer, and cigarettes. Murray recalled that PUTMAN used $2.00 bills to make these purchases. When law enforcement attempted to stop PUTMAN leaving the convenience store, PUTMAN told Murray he did not want to go to jail and refused to stop. PUTMAN also refused to pull over and let Murray out of the vehicle.

15)   PUTMAN was discharged from Belleville Memorial Hospital and transported by Collinsville Police to the Collinsville Police Department. At the Collinsville Police Department, PUTMAN requested to speak to your affiant and Detective Cerna again. PUTMAN was placed

in an audio/video recorded interview room and reminded that his Miranda rights still applied prior to being interviewed.

16) During interview at the Collinsville Police Department, PUTMAN acknowledged going into a Collinsville, Illinois bank wearing a painter's mask and a tan Carhartt jacket. PUTMAN recalled telling a bank employee he was sick and that was why he was wearing a painter's mask. At this first bank, PUTMAN did not ask for money or attempt to take any money.

18) PUTMAN admitted to your affiant and Detective Cerna that he then drove to a second Collinsville bank, parked in front of the bank, and entered the bank through the front doors. PUTMAN did not wear a mask or hood in the second bank. PUTMAN stated that he walked up to a female teller and told her to give him $100 dollar bills. PUTMAN stated he reached over the counter, grabbed bills from the teller drawer, and fled the bank through the front door. PUTMAN continued to insist that Murray did not take part in the robbery and did not know PUTMAN planned to rob the bank.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL I. LOVELL,
Special Agent, Federal Bureau of Investigation

State of Illinois       )
                        )  SS.
County of Madison       )

Sworn to before me and subscribed in my presence on the 12th day of February 2017, at East St. Louis, Illinois.



Magistrate Judge
Stephen C. Williams

DONALD S. BOYCE
United States Attorney



Ali Summers
Assistant United States Attorney